IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 2:12-232 |
| | ) | |
| vs. | ) | MOTION TO SUPPRESS EVIDENCE |
| | ) | |
| CHARLES ANTHONY SANDERS | ) | |
| a/k/a "Chuck Chuck" | ) | |
| _____ | ) | |

The Defendant, **CHARLES ANTHONY SANDERS**, moves for an Order pursuant to Rule 12 (b) (3), Federal Rules of Criminal Procedure, to suppress as evidence any and all physical objects, and all other matter which has been obtained by the government as a result of an illegal search and seizure of Defendant's home and/or business, date unknown, or in violation of the Fourth Amendment of the United States Constitution.

The Defendant, **CHARLES ANTHONY SANDERS**, does not, at this time, have sufficient information to make a Motion to Suppress specific, but upon further investigation, and upon compliance by the government with the request pursuant to Rule 12(b)(3), Federal Rules of Criminal Procedure, will have such information, and will file a supplement to this Motion to Suppress Evidence.

Respectfully submitted,

S/DAVID P. McCANN

_____
DAVID P. McCANN
Attorney for **CHARLES ANTHONY SANDERS**
Federal Bar No.: 2908
66 Hasell Street, P.O. Box 116
Charleston, South Carolina 29402
dmccann@mccannlawfirm.com
(843) 722-6204

Charleston, South Carolina

This   4th   day of   April  , 2014

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this date caused one true and correct copy of the within document to be served in the above-captioned case, via the courts e-noticing system, but if that means failed, then by regular mail, on all parties of record.

        s/*David P. McCann*
        DAVID P. McCANN