AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
---------- DISTRICT OF SOUTH CAROLINA ----------

USA v. MARTIN LOUIS BALLARD     2:12-232-SB-14

| Presiding Judge<br>Sol Blatt, Jr. | | | | | Govt's Attorneys<br>Sean Kittrell, Jay Richardson, Peter Phillips | | Defendants' Attorneys<br>Jerry Theos, Phillip Hammond |
|---|---|---|---|---|---|---|---|
| Bench Trial Date(s)<br>5/5/15, 5/6/15, 5/8/15, 5/11/15, 5/12/15, 5/13/15, 5/18/15, 5/19/15 | | | | | Court Reporter<br>Debbie Potocki | | Courtroom Deputy<br>Jane Wolper |

| Gov't Exhibit No. | Gov't Witness No. | Def't Exhibit No. | Def't Witness No. | Date Offered | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| 1 Court exhibit | | | | 5/5/15 | x | Trial Brief |
| | 1 | | | 5/5/15 | | J.J. Evans, DEA |
| | 2 | | | 5/5/15 | | Marion Mack |
| 10 (e) | | | | 5/5/15 | x | Proffer letter of Marion Mack |
| 10(b) | | | | 5/5/15 | x | Plea agreement of Marion Mack |
| | 3 | | | 5/5/15 | | Norman Robinson |
| 10(n) | | | | 5/5/15 | x | Information- Norman Robinson |
| 10(cc) | | | | 5/5/15 | x | Robinson Plea Agreement |
| 10(q) | | | | 5/5/15 | x | Robinson Proffer letter |
| 9(b) | | | | 5/5/15 | x | Transcript of cell phone call 10/6/11 |
| | 4 | | | 5/6/15 | x | Agent, Nathan Rollins |
| | | 1 | | 5/6/15 | x | Rap sheet of Norman Robinson |
| 17 | | | | 5/6/15 | x | 1 gram of power cocaine |
| 18(b) | | | | 5/6/15 | x | Cell phones |
| | 5 | | | 5/6/15 | | Michael Maxwell, DEA |
| 16(a) | | | | 5/6/15 | x | Silver 9mm Taurus semi automatic |
| 16(b) | | | | 5/6/15 | x | 9 m magazine |

1

USA v. Martin Louis Ballard    2:12-232-SB-14

| Gov't Exhibit No. | Gov't Witness No. | Def't Exhibit No. | Def't Witness No. | Date Offered | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| 16(c) | | | | 5/6/15 | x | 10 rounds-9mm (N-5b) |
| 18(b) | | | | 5/6/15 | x | Cell phones |
| | 6 | | | 5/6/15 | | Michael Crumley, DEA |
| 20 | | | | 5/6/15 | x | Spent round 9mm shell casing |
| | 7 | | | 5/6/15 | x | Matt Simonetti, DEA |
| 21(a) | | | | 5/6/15 | x | Metal kilo press |
| 21 | | | | 5/6/15 | x | Cell phones |
| 21(c) | | | | 5/6/15 | x | Box of financial records |
| 21(b) | | | | 5/6/15 | x | Cell phones found at Ballard's home |
| | 8 | | | 5/6/15 | | Helen Creel |
| 10(f) | | | | 5/6/15 | x | Proffer letter of Helen Creel |
| | 9 | | | 5/6/15 | x | Jamal McElveen |
| 10(k) | | | | 5/6/15 | x | Jamal McElveen- plea agreement |
| | 10 | | | 5/6/15 | | Steven Chase Mosley |
| | | | | | | |
| 10(dd) | | | | 5/6/15 | x | Plea Agreement-Steven Chase Mosley |
| 9(h) | | | | 5/6/15 | x | Call #502 |
| 9(f) | | | | 5/6/15 | x | Call #1245 |
| 9(e) | | | | 5/6/15 | x | Call #1261 |
| 9(g) | | | | 5/6/15 | x | Call #1498 |
| 15(1) | | | | 5/6/15 | x | Audio recordings 19:35, Ballard, Davis, Mosley |
| 15(2) | | | | 5/6/15 | x | Audio recording 10:54 |
| 15(3) | | | | 5/6/15 | x | Audio recording 21:08 |
| 15(4) | | | | 5/6/15 | x | Audio recording 21:15 |
| 13 | | | | 5/6/15 | x | Statement written by Mosley; notorized by Hurd |

USA v Martin Ballard  2:12-232-SB-14

| Gov't Exhibit No. | Gov't Witness No. | Def't Exhibit No. | Def't Witness No. | Date Offered | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| 1(a) | | | | 5/8/15 | x | Stipulation-Drug Analysis and Chain |
| 1(b) | | | | 5/8/15 | x | Stipulation-Title III Wiretap Intercept Discs (TT#1 and TT#10) |
| 1(c) | | | | 5/8/15 | x | Stipulation-Gun Shot Residue Swabs and Analysis |
| 1(d) | | | | 5/8/15 | x | Stipulation- Ballistics Analysis from 98 Oswald Court |
| 1(e) | | | | 5/8/15 | x | Stipulation-Facilities of Interstate Commerce |
| 1(f) | | | | 5/8/15 | x | Stipulation- Financial Institution Records |
| 1(g) | | | | 5/8/15 | x | Stipulation-Telephone records for Assorted Cellular Telephones |
| 1(h) | | | | 5/8/15 | x | Stipulation- Inmate Call Recordings from CCDC and GCDC |
| | | | | | | |
| 1(j) | | | | 5/8/15 | x | Stipulation-Brothers' GPS Data |
| 1(k) | | | | 5/8/15 | x | Stipulation-Fingerprint Analysis of Latent From Lincoln |
| | 11 | | | 5/8/15 | | Ivory Brothers |
| 8(a) | | | | 5/8/15 | x | T-III call 2308 |
| 8(b) | | | | 5/8/15 | x | T-III call 3209 |
| 8(c) | | | | 5/8/15 | x | T-III call 3216 |
| 8(e) | | | | 5/8/15 | x | T-III call 5303 |
| 8(g) | | | | 5/8/15 | x | T-III call 5403 |
| 10(g) | | | | 5/8/15 | x | Target letter-Ivory Brothers |
| 30(d) | | | | 5/8/15 | x | Photo over head of 98 Oswald Court (4) |
| 30(a) | | | | 5/8/15 | x | Photo over head of 98 Oswald Court |
| 31(a) | | | | 5/8/15 | x | Photo over head of 98 Oswald Court |
| 31(c) | | | | 5/8/15 | x | Photo over head of 98 Oswald Court |
| 31(d) | | | | 5/8/15 | x | Photo of inside 98 Oswald Court |
| 31(e) | | | | 5/8/15 | x | Photo inside 98 Oswald Court-Inside front door |

AO 187 (Rev. 7/87) Exhibit and Witness List CONTINUED

USA v. Martin Louis Ballard    2:12-232-SB-14

| Gov't Exhibit No. | Gov't Witness No. | Def't Exhibit No. | Def't Witness No. | Date Offered | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| 31(f) | | | | 5/8/15 | x | Photo over head of 98 Oswald Court |
| 31(g) | | | | 5/8/15 | x | Photo over head of 98 Oswald Court |
| 34 | | | | 5/8/15 | x | 911 Call (June 6, 2013 at 4:16 pm) |
| 31(h) | | | | 5/8/15 | x | Photo-Scene at 98 Oswald Court |
| | 12 | | | 5/8/15 | | Charles Youmans |
| 10(l) | | | | 5/8/15 | x | Plea agreement of Charles Youmans |
| | 13 | | | 5/11/15 | | Clifton Brown |
| 10(h) | | | | 5/11/15 | x | Proffer of Clifton Brown |
| 22 | | | | 5/11/15 | x | Recording detention center Inmate recorded calls |
| | | | | | | |
| | 14 | | | 5/11/15 | | Jimmie Harris |
| | 15 | | | 5/11/15 | | Shawn Blount |
| | 16 | | | 5/11/15 | | Gernardo Cato |
| 10(j) | | | | 5/11/15 | x | Plea agreement- Gernardo Cato |
| 22(y) | | | | 5/11/15 | x | Inmate call 6/5/13 1947 |
| | 17 | | | 5/11/15 | | Garrick Sanders |
| 10(p) | | | | 5/11/15 | x | Plea agreement - Garrick Sanders |
| | 18 | | | 5/11/15 | | Charles Sanders |
| 22(z) | | | | 5/11/15 | x | Inmate call-#2138 |
| 22(q) | | | | 5/11/15 | x | Inmate call-#1915 |
| | 19 | | | 5/11/15 | | Cedric Myers |
| 10(c) | | | | 5/11/15 | x | Plea Agreement-Cedric Myers |
| | 20 | | | 5/12/15 | | Anthony Davis |
| 22(d1) | | | | 5/12/15 | x | Inmate call 4/23/13 22:10 |
| 22(y) | | | | 5/15/15 | x | Inmate Call 6/5/13 #1947 |

4

AO 187 (Rev. 7/87) Exhibit and Witness List CONTINUED

## USA v. Martin Louis Ballard 2:12-232-SB-14

| Gov't Exhibit No. | Gov't Witness No. | Def't Exhibit No. | Def't Witness No. | Date Offered | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| 22(f1) | | | | 5/12/15 | x | Inmate call 5/7/13 12:09 |
| 22(f2) | | | | 5/12/15 | x | Inmate call 5/7/13 22:10 |
| 22(g1) | | | | 5/12/15 | x | Inmate call 5/7/13 14:22 |
| 22(g2) | | | | 5/12/15 | x | Inmate call 5/7/13 |
| 22(h1) | | | | 5/12/15 | x | Inmate call 5/11/13 22:04 |
| 22(m1) | | | | 5/12/15 | x | Inmate call 5/28/13 22:05 |
| 22(m2) | | | | 5/12/15 | x | Inmate call 5/28/13 22:05 |
| 22(n1) | | | | 5/12/15 | x | Inmate call 5/29/13 8:58 |
| 22(n2) | | | | 5/12/15 | x | Inmate call 5/29/13 |
| 22(p1) | | | | 5/12/15 | x | Inmate call 5/29/13 |
| 22(p2) | | | | 5/12/15 | x | Inmate call 6/5/13 |
| 22(p3) | | | | 5/12/15 | x | Inmate call 6/5/13 |
| 22(q1) | | | | 5/12/15 | x | Inmate call 6/5/13 |
| 22(q2) | | | | 5/12/15 | x | Inmate call 6/5/13 |
| 22(q3) | | | | 5/12/15 | x | Inmate call 6/5/13 |
| 22(q4) | | | | 5/12/15 | x | Inmate call 6/5/13 |
| 22(r1) | | | | 5/12/15 | x | Inmate call 6/5/13 |
| 22(r2) | | | | 5/12/15 | x | Inmare call 6/5/13 |
| 22(r3) | | | | 5/12/15 | x | Inmate call 6/5/13 |
| 22(s1) | | | | 5/12/15 | x | Inmate call 6/6/13 10:12 am |
| 22(g1) | | | | 5/12/15 | x | Inmate call 6/6/13 |
| 22(u2) | | | | 5/12/15 | x | Inmate call 6/6/13 |
| | 21 | | | 5/12/15 | | Michael Atwood, Detective Colleton Co Sheriff's Office |
| 31(b) | | | | 5/12/15 | x | Photo-Scene at 98 Oswald Court |
| 31(o) | | | | 5/12/15 | x | Photo-Scene at 98 Oswald Court |
| 31(d) | | | | 5/12/15 | x | Photo-Scene at 98 Oswald Court- Living room |
| 31(q) | | | | 5/12/15 | x | Photo-Scene at 98 Oswald Court |
| 31(p) | | | | 5/12/15 | x | Photo-Scene at 98 Oswald Court |

## USA v. Martin Louis Ballard 2:12-232-SB-14

| Gov't Exhibit No. | Gov't Witness No. | Def't Exhibit No. | Def't Witness No. | Date Offered | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| 31(r) | | | | 5/12/15 | x | Crime scene photo of Ivory Brothers |
| 31(n) | | | | 5/12/15 | x | Crime scene photo of Ivory Brothers |
| 31(m) | | | | 5/12/15 | x | Crime scene photo of Ivory Brothers |
| 31(l) | | | | 5/12/15 | x | Crime scene photo of Ivory Brothers |
| 31(k) | | | | 5/12/15 | x | Crime scene photo of Ivory Brothers |
| 31(j) | | | | 5/12/15 | x | Crime scene photo of Ivory Brothers |
| 31(l) | | | | 5/12/15 | x | Crime scene photo of Ivory Brothers |
| 25(a)(b) | | | | 5/12/15 | x | Item: 1 One lead-like fragment, described as "from front door (CCSO item# 11)"-Item: 2 One fired bullet jacket fragment, described as "from table near fish tank (placard# 10)" |
| 2(c)(d) | | | | 5/12/15 | x | Item: 3 One fired bullet, described as "from couch (Placard# 9)" Item: 4 One fired bullet, described as "from floor (Placard# 8)" |
| 25(e)(f) | | | | 5/12/15 | x | Item: 5 One fired 40 S&W caliber cartridge case, described as "from front yard (Placard# 1)"-Item: 6 One fired 40 S&W caliber cartridge case, described as "from front yard (Placard# 2)" |
| 2(g-h) | | | | 5/12/15 | x | Item: 7 One fired 40 S&W caliber cartridge case, described as "from front yard (Placard# 3)"-Item: 8 One fired 40 S&W caliber cartridge case, described as "from front yard (Placard# 4)" |
| 25(i) | | | | 5/12/15 | x | Item: 9 One fired 40 S&W caliber cartridge case, described as "from front yard (Placard# 5)" |
| 25(j) | | | | 5/12/15 | x | Item: 10 One fired bullet, described as "removed from victim at MUSC" |
| 25(k) | | | | 5/12/15 | x | GSR Swab from Lincoln |
| 25(l) | | | | 5/12/15 | x | GSR Swab from Charles Sanders |
| 25(m) | | | | 5/12/15 | x | Latent fingerprint from Lincoln |
| 24(a) | | | | 5/12/15 | x | .40 caliber round recovered from Burgundy Lincoln |
| 24(b) | | | | 5/12/15 | x | Cell phones from center console of Lincoln |
| 36 | | | | 5/12/15 | x | Revolver 357 |
| 35 | | | | 5/12/15 | x | Smith and Wesson pistol |

| 32 | | | | 5/12/15 | x | Photo of Burgundy Lincoln |
| 23(a) | | | | 5/12/15 | x | Photo of Burgundy Lincoln turning out of the road |
| | 22 | | | 5/12/15 | | Jacob Knuckle, Special Agent, FBI |
| 28 | | | | 5/12/15 | x | Phone analysis chart ( with slides) |
| | 23 | | | 5/12/15 | | John Schroepfer, ATF |
| 39 | | | | 5/12/15 | x | Jimmie Harris' cell phone |
| 29 | | | | 5/12/15 | x | Summary chart prepared by ATF Agent John Schroepfer |
| 33 | | | | 5/12/15 | x | 911 Call (June 6, 2013 at 4:13pm) |

USA v. Martin Louis Ballard

| Gov't Exhibit No. | Gov't Witness No. | Def't Exhibit No. | Def't Witness No. | Date Offered | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| 1(I) | | | | 5/12/15 | x | Stipulation |
| | | | 1 | 5/12/15 | x | Martin Louis Ballard |
| | | 2 | | 5/12/15 | x | Photo of Ballard's race car |
| | | | 2 | 5/13/15 | x | Edward Bryant |
| | | | 3 | 5/13/15 | x | Joey Maurice Charles |
| | | | 4 | 5/13/15 | x | Elijah Deal |
| | | | 5 | 5/13/15 | x | Paul Steve Braxton |
| 40 | | | | 5/13/15 | x | Ballard's criminal docket sheet |
| | | | 6 | 5/13/15 | x | Richard Livingston, financial expert, CPA |
| | | 4 | | 5/13/15 | x | Source and Application of Funds Method |
| | | 5 | | 5/13/15 | x | Source and Application of Funds Method |
| | | 3(A) | | 5/13/15 | x | Photo of Martin Ballard's living room |
| | | 3(B) | | 5/13/15 | x | Photo of Ballard's Living room |
| | | 3(C) | | 5/13/15 | x | Photo of Ballard's couch |
| | | 3(D) | | 5/13/15 | x | Photo of Ballard's bed |
| | | 3(E) | | 5/13/15 | x | Photo of Ballard's clothes closet |
| | | 3(F) | | 5/13/15 | x | Photo of Ballard's clothes closet |
| | | 3(G) | | 5/13/15 | x | Photo of Ballard's Bathroom |
| | | 3(H) | | 5/13/15 | x | Photo of Ballard's exercise equipment |
| | | 3(I) | | 5/13/15 | x | Photo of Ballard's bunk beds |
| | | 3(J) | | 5/13/15 | x | Photo of Ballard's bed |
| | | 3(K) | | 5/13/15 | x | Photo of Ballard's beige chair |
| | | 3(L) | | 5/13/15 | x | Photo of Ballard's food pantry |
| | | 6 | | 5/13/15 | x | Agent Tanner's report of investigation |
| Ct Ex | 2 | | | 5/18/15 | x | Plaintiff's presentation |
| Ct. Ex | 3 | | | 5/18/15 | x | Defendant's presentation |
| Ct. Ex | 4 | | | 5/18/15 | x | Transcripts of phone calls |

8